UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FELIX CASTRO,

                Plaintiff(s)

                                                                                         23 civ 7072 (JGK)

       -against-

DWELL OUTDOORS, LLC,

                Defendant(s).
------------------------------------------------------------X

## ORDER

The Court, having extended the time for the defendant to answer the complaint to December 20, 2023.

The conference scheduled for December 5, 2023, is canceled.

**SO ORDERED.**

                                                                                              **JOHN G. KOELTL**
                                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 28, 2023